UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.  14-17284-AJC

IN RE: RUBEN OSCAR BARBUSCIO and             Chapter 13/ Trustee Nancy K. Neidich
CONSUELO VICTORIA BARBUSCIO
_____/

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW THE SECURED CREDITOR, MARINSA INTERNATIONAL INC., PROFIT SHARING PLAN AND TRUST, (hereinafter, "Marinsa") by and through the undersigned attorney who hereby serves its notice of objection to confirmation of the Debtors' proposed Chapter 13 Plan pursuant to R. 3015 and states:

1. Debtor has incorrectly indicated on its Chapter 13 petition that the Junior Lein Holder, Marinsa International, Inc., Profit Sharing Plan and Trust is wholly unsecured. Marinsa holds a second mortgage in the amount of $25,000 recorded April, 13, 2007 (OR 25532 Page 4911-4916).  The debtor has indicted a value in the amount of $235,566.43 for the real property 756 SW 99th Court Circle, Miami, FL 33174.  According to the Debtor's designated value, Marinsa is completely secured.

2.  The Senior Mortgage held by Novastar Mortgage, Inc., (recorded in OR 24301 Pages: 3927-3947 on March 8, 2006) indicated a principal amount of $196,000.  The Senior Mortgage was subsequently modified on Sept. 12th, 2011 adding interest, costs, and expenses in the amount of $80,931.92 to the Senior Mortgage balance.  The Senior Mortgagee characterized the additional amount as "Unpaid Principal Balance".  The Modification was recorded on December 22, 2011 in OR 27938 Pages 75-79.

3.  The increase of the $80,931.92 added to the principal represents a material modification that adversely prejudices Marinsa, the subordinate junior lien holder.  Marinsa did not consent or otherwise agree to the modification adding the additional amounts for interest, costs, and expenses to the Senior Mortgage's Principal Balance.

4. Marinsa's Junior Lien principal amount of $25,000 is included in the total final judgment amount of $41,630.78 in Miami-Dade Case no. 2013-26558-CA-01.

5. It is hereby moved, contemporaneous with this objection, to prioritize the amount due to Marinsa above the $80,931.92 amount added to the Senior Mortgage and therefore designate Marinsa as a secured creditor of the debtor's homestead.

## Certificate of Service

I hereby certify that a true and correct copy of the forgoing was served upon counsel filing to all parties in the service list:

Edward Freire and Laila S. Gonzalez, Counsel for Debtors, courtdoc@freiregonzalez.com

Nancy K. Neidich, Trustee, via e-filing.

Dated this April 14, 2014.

Respectfully submitted,

By: /s/Matthew E. Ladd

Matthew E. Ladd, Esq.
The Law Office of Matthew E. Ladd, P.A.
4649 Ponce De Leon Blvd., Suite 301
Coral Gables, FL 33146
305-665-3978 (O)
305-984-4649 (C)
MattLadd@MLLLawMiami.com
Florida Bar No.: 668151
Attorney for Creditor Marinsa International, Inc.