**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: Ruben Oscar Barbuscio
Consuelo Victoria Barbuscio

Case No.: 14-17284-AJC
Chapter 13

Debtors,
_______________________/

**MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY**

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS A MOTION TO VALUE YOUR COLLATERAL**

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]**

1. Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, Local Rule 3015-3, the debtor seeks to value real property securing the claim Marinsa Miami Pension Fund (the "Lender"). Lender holds a mortgage recorded at OR Book 25532 Pages 4911-4916 in the official records of Miami-Dade County, Florida serviced by Marinsa International Inc.,

2. The real property is located at 756 SW 99th Court Circle, Miami, FL 33174, and is more particularly described as follows:

LOT 3, BLOCK 11, LES CHALETS 2, according to the Plat thereof, recorded in Plat Book 119, Page 26, of the Public Records of Miami-Dade County, Florida.

3. At the time of the filing of this case, the value of the real property is $230,000.00 as determined by a property report from PMR Appraisals, Inc.

4. Ocwen Loan Servicing, LLC holds a lien on the real property, senior to priority to Lender, securing claims in the aggregate amount of $235,556.43.

5. *(Select only one):*

_✓_ Lender's collateral consists solely of the debtor's principal residence. As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of Lender's secured interest in the real property is $0.

___ Lender's collateral is not solely the debtor's principal residence. After payment in full of the claims secured by liens senior to that of Lender, there is equity of $ ____________ remaining in the real property. Accordingly, the value of Lender's secured interest in the real property is $ ________ and the value of the Lender's unsecured, deficiency claim is $ _________.

6. The undersigned reviewed the docket and claims register and states (select only one):

_✓_ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

or

____ Lender has filed a proof of claim in this case. It shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7. The subject real property may not be sold or refinanced without proper notice and further order of the court during the pendency of the instant bankruptcy.

**WHEREFORE,** the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender's secured interest in the real property is determined to be $0, deeming Lender's mortgage on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT:**

**1.** In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at or before the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court. Pursuant to

Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

**2.** The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY AND NOTICE OF HEARING** was simultaneously mailed on 25 day of April, 2014, to **Nancy K. Neidich**, Chapter 13 Trustee, via NEF, **Marinsa International, Inc., Attn: Ulrich Walchli, Director,** 14250 SW 136th Street, Unit 4, Miami, FL 33186, **Marinsa International, Inc., Attn: Ulrich Walchli, Registered Agent,** 41250 SW 136th Street, Unit 4, Miami, FL 33186, **Marinsa International, Inc., Attn: Ulrich Walchli, Director**, 14250 SW 136th Street, Unit 4, Miami, FL 33186, **Marinsa Miami Pension Fund,** 14250 SW 136th Street, Unit 4, Miami, FL 33186, **Marinsa Miami Pension Fund, Attn: Ulrich Walchli, Director**, 14250 SW 136th Street, Unit 4, Miami, FL 33186, **Marinsa Miami Pension Fund, Attn: Ulrich Walchli, Registered Agent,** 14250 SW 136th Street, Unit 4, Miami, FL 33186, **Marinsa International, Inc., The Law Office of Matthew E. Ladd,** 4649 Ponce De Leon Blvd., Suite 301, Coral Gables, FL 33146, **Marinsa Miami Pension Fund, The Law Office of Matthew E. Ladd,** 4649 Ponce De Leon Blvd., Suite 301, Coral Gables, FL 33146, and **Debtor** via first class mail.

Freire & Gonzalez, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N. Kendall Dr.
Miami, FL 33176
Ph. (305) 826-1774
Fax (305) 826-1794

PMR APPRAISALS, INC
2901 SW 187TH TER
MIRAMAR, FL 33029
RUBEN MARTINEZ RD7194

PRIVATE
756 SW 99TH COURT CIR

In accordance with your request, I have personally inspected and appraised the property located at:

756 SW 99TH COURT CIR
MIAMI FL 33174

The purpose of the appraisal was to estimate the market value of the property, as improved, in unencumbered fee simple title of ownership.

The subject property consists of:

7 Rooms
4 Bedrooms
3 Bath(s)

The RANCH style residence contains 1,658 square feet of Gross Living Area.

It is my opinion that the estimated market value of the property as of 02/10/14 is $ 230,000 .

The above information has been automatically extracted from the appraisal and inserted in this cover page.

Respectfully submitted,

[signature]

Ruben Martinez

RM020914

PMR APPRAISALS, INC

APPRAISAL OF

A SINGLE FAMILY RESIDENCE

LOCATION : 756 SW 99TH COURT CIR
MIAMI FL 33174

CLIENT : PRIVATE
756 SW 99TH COURT CIR

AS OF DATE : 02/10/14

APPRAISER : Ruben Martinez

FannieMae

# Uniform Residential Appraisal Report

File # RM020914

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

Property Address 756 SW 99TH COURT CIR City MIAMI State FL Zip Code 33174
Borrower RUBEN & CONSUELO BURBUSCIO Owner of Public Record RUBEN & CONSUELO BURBUSCIO County MIAMI DADE
Legal Description LES CHALETS II PB 119-26 LOT 3 BLK 11 LOT SIZE 3,960 SF & INT IN COMMON AREA.
Assessor's Parcel # 30-4005-036-2630 Tax Year 2012 R.E. Taxes $ 2,859.22
Neighborhood Name LES CHALETS 02 Map Reference 54-40-05 Census Tract 90.19
Occupant [X] Owner [ ] Tenant [ ] Vacant Special Assessments $ [ ] PUD HOA $ N/A [ ] per year [ ] per month
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) MARKET VALUE
Lender/Client PRIVATE Address 756 SW 99TH COURT CIR MIAMI FL 33174
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No
Report data source(s) used, offering price(s), and date(s). PUBLIC RECORDS/MLS

## CONTRACT

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. NOT APPLICABLE

Contract Price $ Date of Contract Is the property seller the owner of public record? [ ] Yes [ ] No Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [X] Stable | [ ] Declining | PRICE $ (000) | | AGE (yrs) | One-Unit | 90 % |
| Built-Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance | [ ] Over Supply | 220 | Low | 15 | 2-4 Unit | % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths | [ ] Over 6 mths | 260 | High | 60 | Multi-Family | % |
| | | | | | | | | 230 | Pred. | 40 | Commercial | 5 % |
| | | | | | | | | | | | Other | 5 % |

Neighborhood Boundaries SUBJECT PROPERTY IS LOCATED NORTH OF SW 8TH ST, SOUTH OF FLAGLER ST EAST OF NW 107TH AVE AND WEST OF SW 87TH AVE.
Neighborhood Description SEE ADDENDUM

Market Conditions (including support for the above conclusions) CURRENT MARKET CONDITIONS ARE AVERAGE AND IN BALANCE BETWEEN SUPPLY AND DEMAND. COST OF FINANCING IF RELATIVELY STABLE AND AT COMPETITIVE MARKET RATES. MOST CONVENTIONAL FINANCING WITH VERY FEW GOVERNMENTAL LOANS. VERY FEW CASH SALES. MOST HOMES WILL SELL WITHIN 90 TO 180 DAYS FROM THE TIME OF BEING LISTED FOR SALE.

## SITE

Dimensions 0.09 ACRES Area 3,960 SF Shape RECTANGULAR View OTHER HOUSES
Specific Zoning Classification RU-1 Zoning Description SINGLE FAMILY RESIDENTIAL /CLUSTER HOME
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | X | | Water | X | | Street | ASPHALT | | |
| Gas | | N/A | Sanitary Sewer | X | | Alley | NONE | | |

FEMA Special Flood Hazard Area [X] Yes [ ] No FEMA Flood Zone AH FEMA Map # 0289L FEMA Map Date 09/11/2009
Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe

## IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials/condition | INTERIOR materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [X] Concrete Slab [ ] Crawl Space | Foundation Walls CONCRETE/AVERAGE | Floors TILE/AVG |
| # of Stories ONE | [ ] Full Basement [ ] Partial Basement | Exterior Walls CB STUCCO/AVERAGE | Walls DRYWALL/AVG |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area sq. ft. | Roof Surface SHINGLE/AVG | Trim/Finish WOOD/AVG |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish % | Gutters & Downspouts PARTIAL/AVERAGE | Bath Floor TILE/AVG |
| Design (Style) RANCH | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type AWNING/AVG | Bath Wainscot TILE/AVG |
| Year Built 1982 | Evidence of [ ] Infestation | Storm Sash/Insulated NONE | Car Storage [X] None |
| Effective Age (Yrs) 25 | [ ] Dampness [ ] Settlement | Screens SCREENS/AVERAGE | [X] Driveway # of Cars FOUR |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities [ ] WoodStove(s) # | Driveway Surface CONCRETE |
| [ ] Drop Stair [ ] Stairs | [ ] Other Fuel ELEC | [ ] Fireplace(s) # [X] Fence | [ ] Garage No. of Cars |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck [X] Porch | [ ] Carport No. of Cars |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool [X] Other storage | [ ] Att. [ ] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [X] Washer/Dryer [ ] Other (describe)
Finished area above grade contains: 7 Rooms 4 Bedrooms 3 Bath(s) 1,658 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.): NO SPECIAL ENERGY EFFICIENT ITEMS NOTED.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). SUBJECT OWNER HAS PROPERLY MAINTAINED SUBJECT PROPERTY. NO VALUE GIVEN TO ANY PERSONAL PROPERTY OF FURNITURE., SUBJECT PROPERTY HAS AN ATTACHED ILLEGAL STORAGE , NO VALUE WAS GIVEN TO STORAGE FOR PURPOSE OF SUBJECT MARKET VALUE.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [X] Yes [ ] No If Yes, describe
SUBJECT PROPERTY HAS AN ATTACHED ILLEGAL STORAGE , NO VALUE WAS GIVEN TO STORAGE FOR PURPOSE OF SUBJECT MARKET VALUE.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe

# Uniform Residential Appraisal Report

File # RM020914

There are 14 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 200,000 to $ 295,000.

There are 11 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 215,000 to $ 265,000.

**SALES COMPARISON APPROACH**

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 756 SW 99TH COURT CIR MIAMI, FL | 759 SW 99TH COURT CIR MIAMI, FL | | 9870 SW 7TH TERR MIAMI, FL | | 752 SW 97TH PLACE CIR MIAMI, FL | |
| Proximity to Subject | | 0.10 MILES | | 0.09 MILES | | 0.10 MILES | |
| Sale Price | $ | | $ 240,000 | | $ 248,500 | | $ 222,000 |
| Sale Price/Gross Liv. Area | $ 0 sq. ft. | $ 134.60 sq. ft. | | $ 173.90 sq. ft. | | $ 124.51 sq. ft. | |
| Data Source(s) | | PUBLIC RECORDS | | PUBLIC RECORDS | | PUBLIC RECORDS | |
| Verification Source(s) | | MLS # A1864714 | | MLS # A1835173 | | MLS # A1793836 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | CONV N/A | | CONV N/A | | CONV N/A | |
| Date of Sale/Time | | 01/31/14 | 0 | 11/20/13 | 0 | 10/31/13 | 0 |
| Location | SUBURBAN | SUBURBAN | 0 | SUBURBAN | 0 | SUBURBAN | 0 |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 3,960 SF | 3,960 SF | 0 | 3,257 SF | 0 | 6,101 SF | NO ADJ |
| View | OTHER HOUSES | OTHER HOUSES | 0 | CANAL | -10,000 | OTHER HOUSES | 0 |
| Design (Style) | RANCH | RANCH | 0 | RANCH | 0 | RANCH | 0 |
| Quality of Construction | CBS/AVERAGE | CBS/AVERAGE | 0 | CBS/AVERAGE | 0 | CBS/AVERAGE | 0 |
| Actual Age | 32 YEARS | 32 YEARS | 0 | 32 YEARS | 0 | 32 YEARS | 0 |
| Condition | AVERAGE | GOOD | -10,000 | AVERAGE | 0 | AVERAGE | 0 |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | 0 | Total / Bdrms. / Baths | 0 | Total / Bdrms. / Baths | 0 |
| Room Count | 7 / 4 / 3 | 7 / 6 / 2 | 5,000 | 6 / 3 / 2 | 5,000 | 6 / 3 / 2 | 5,000 |
| Gross Living Area | 1,658 sq. ft. | 1,783 sq. ft. | -3,125 | 1,429 sq. ft. | 5,725 | 1,783 sq. ft. | -3,125 |
| Basement & Finished Rooms Below Grade | N/A N/A | N/A N/A | 0 | N/A N/A | 0 | N/A N/A | 0 |
| Functional Utility | STANDARD | STANDARD | 0 | STANDARD | 0 | STANDARD | 0 |
| Heating/Cooling | CENTRAL | CENTRAL | 0 | CENTRAL | 0 | CENTRAL | 0 |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Garage/Carport | NO GARAGE | NO GARAGE | | NO GARAGE | | NO GARAGE | 0 |
| Porch/Patio/Deck | PORCH/ PATIO | PORCH/ PATIO | | PORCH/ PATIO | | PORCH/ PATIO | |
| | NO POOL | NO POOL | | NO POOL | | NO POOL | |
| Net Adjustment (Total) | | [ ] + [X] - | $ -8,125 | [X] + [ ] - | $ 725 | [X] + [ ] - | $ 1,875 |
| Adjusted Sale Price of Comparables | | Net Adj. -3.39 % Gross Adj. 7.55 % | $ 231,875 | Net Adj. 0.29 % Gross Adj. 8.34 % | $ 249,225 | Net Adj. 0.84 % Gross Adj. 3.66 % | $ 223,875 |

[X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data source(s) WIN 2 DATA, MLS

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s) WIN 2 DATA, MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | NO PRIOR SALE WITHIN | NO SALES IN THE | NO PRIOR SALE WITHIN | NO PRIOR SALE WITHIN |
| Price of Prior Sale/Transfer | PAST 36 MONTHS PER | PAST 1 YEAR PER | PAST 12 MONTHS PER | PAST 12 MONTHS PER |
| Data Source(s) | PUBLIC RECORDS/ MLS | PUBLIC RECORDS | PUBLIC RECORDS | PUBLIC RECORDS |
| Effective Date of Data Source(s) | 02/10/14 | 02/10/14 | 02/10/14 | 02/10/14 |

Analysis of prior sale or transfer history of the subject property and comparable sales N/A

Summary of Sales Comparison Approach ALL COMPARABLES ARE LOCATED IN THE SAME SUBDIVISION AS SUBJECT. ALL COMPARABLES ARE SIMILAR TO THE SUBJECT IN TERMS OF DESIGN AND APPEAL. SALES BRACKET SUBJECT PROPERTY IN TERMS OF GLA, LOT SIZE AND VIEW , CONDITION ADJUSTMENTS ARE BASED ON MARKET REACTION. COMPS ONE AND TWO WERE SOLD WITHIN THE LAST 90 DAYS FROM THE APPRAISAL EFFECTIVE DATE. EQUAL WEIGHT HAS BEEN GIVEN TO ALL COMPS. ALL ADJUSTMENTS ARE WITHIN THE FNMA GUIDELINE OF 15 AND 25 PERCENT

Indicated Value by Sales Comparison Approach $ 230,000

**RECONCILIATION**

Indicated Value by: Sales Comparison Approach $ 230,000 Cost Approach (if developed) $ 230,400 Income Approach (if developed) $ N/A

MARKET RANGE IS FROM $223,875 TO $249,225 WITH AN ESTIMATED MARKET VALUE OF $230,000 STRONGLY SUPPORTED BY THE COST APPROACH AT $230,400. NO WEIGHT GIVEN TO THE INCOME APPROACH AS THERE IS NOT ENOUGH MARKET DATA WITH WHICH TO PROVIDE CREDIBLE RESULTS.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 230,000 as of 02/10/14 which is the date of inspection and the effective date of this appraisal.**

# Uniform Residential Appraisal Report

File # RM020914

## ADDITIONAL COMMENTS

APPRAISER COMPLETED A FULL VISUAL INSPECTION THE SUBJECT PROPERTY.

USPAP COMPLIANCE:
IN COMPLIANCE WITH THE ETHICS RULE OF USPAP, I HEREBY CERTIFY THAT THIS APPRAISER HAS NOT PERFORMED ANY SERVICES REGARDING THE SUBJECT PROPERTY WITHIN THE 36 MONTH TIME PERIOD IMMEDIATELY PRECEDING ACCEPTANCE OF THE ASSIGNMENT, AS AN APPRAISER OR IN ANY OTHER CAPACITY.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate your cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) APPRAISER WAS UNABLE TO FIND ANY VACANT LAND SALES IN THE SUBJECT'S IMMEDIATE MARKETING AREA. LOT VALUE WAS YIELDED FROM ABSTRACT THE LOT VALUE FROM THE TOTAL SALES PRICE OF SIMILARLY IMPROVED LOTS.

ESTIMATED [ ] REPRODUCTION OR [X] REPLACEMENT COST NEW

Source of cost data MARSHALL & SWIFT

Quality rating from cost service AVERAGE Effective date of cost data 01/2014

Comments on Cost Approach (gross living area calculations, depreciation, etc.)
GROSS LIVING AREA CALCULATIONS WERE BASED ON EXTERIOR MEASUREMENTS MADE BY APPRAISER

DEPRECIATION IS BY AGE/LIFE METHOD.

Estimated Remaining Economic Life (HUD and VA only) 50 Years

| Item | | | =$ |
|---|---|---|---|
| OPINION OF SITE VALUE | | | 70,000 |
| Dwelling | 1,658 Sq. Ft. @ | 130 | 215,540 |
| | Sq. Ft. @ | | |
| PORCH & PATIO | | | 10,000 |
| Garage/Carport | Sq. Ft. @ | | |
| Total Estimate of Cost-New | | | 225,540 |
| Less | Physical | Functional | External |
| Depreciation | 75,179.92 | | (75,179.92) |
| Depreciated Cost of Improvements | | | 150,360.08 |
| "As Is" Value of Site Improvements | | | 10,000 |
| INDICATED VALUE BY COST APPROACH | | | 230,400 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? [ ] Yes [ ] No Unit type(s) [ ] Detached [ ] Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of project

Total number of phases Total number of units Total number of units sold

Total number of units rented Total number of units for sale Data Source(s)

Was the project created by the conversion of existing building(s) into a PUD? [ ] Yes [ ] No If Yes, date of conversion

Does the project contain any multi-dwelling units? [ ] Yes [ ] No Data Source(s)

Are the units, common elements, and recreation facilities complete? [ ] Yes [ ] No If No, describe status of completion.

Are the common elements leased to or by the Homeowners' Association? [ ] Yes [ ] No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Uniform Residential Appraisal Report    File # RM020914

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**     The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.
**INTENDED USER:**    The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.
*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**APPRAISER'S CERTIFICATION:** The Appraiser cetifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Uniform Residential Appraisal Report File # RM020914

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.
2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.
3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.
4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.
5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature [signature]
Name Ruben Martinez
Company Name PMR APPRAISAL, INC
Company Address 2901 SW 187TH TER
MIRAMAR FL 33029
Telephone Number 305-244-1160
Email Address RUBENAPPRAISER@AOL.COM
Date of Signature and Report 02/10/14
Effective Date of Appraisal 02/10/14
State Certification # CERT RES RD 7194
or State License # RD7194 St. Cert. Res. REA
or Other (describe) ______ State # ______
State FL
Expiration Date of Certification or License 11/30/2014

ADDRESS OF PROPERTY APPRAISED
756 SW 99TH COURT CIR
MIAMI FL 33174

APPRAISED VALUE OF SUBJECT PROPERTY $ 230,000

LENDER/CLIENT
Name ______
Company Name PRIVATE
Company Address 756 SW 99TH COURT CIR
MIAMI FL 33174
Email Address ______

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature ______
Name ______
Company Name ______
Company Address ______
Telephone Number ______
Email Address ______
Date of Signature ______
State Certification # ______
or State License # ______
State ______
Expiration Date of Certification or License ______

SUBJECT PROPERTY
- [ ] Did not inspect subject property
- [ ] Did inspect exterior of subject property from street
  Date of Inspection ______
- [ ] Did inspect interior and exterior of subject property
  Date of Inspection ______

COMPARABLE SALES
- [ ] Did not inspect exterior of comparable sales from street
- [ ] Did inspect exterior of comparable sales from street
  Date of Inspection ______

**TEXT ADDENDUM** File No. RM020914

| Borrower: RUBEN & CONSUELO BURBUSCIO | | |
| --- | --- | --- |
| Property Address: 756 SW 99TH COURT CIR | | County: MIAMI DADE |
| City: MIAMI | State: FL | Zip Code: 33174 |
| Lender: PRIVATE | | |

**Neighborhood Description**

NO NEGATIVE FACTORS AFFECTING MARKETABILITY. SUBJECT PROPERTY IS LOCATED IN A SUBDIVISION CONSISTING OF ONE STORY SINGLE FAMILY HOMES. THE SUBJECT IS LOCATED NEAR LARGER ROADS AND HIGHWAYS WHICH PROVIDE EASY ACCESS TO AMENITIES SUCH AS EMPLOYMENT, EDUCATION AND SHOPPING. SUBJECT IS LOCATED NEAR FLORIDA INTERNATIONAL UNIVERSITY-UNIVERSITY PARK CAMPUS, TAMIAMI PARK AND CORAL ESTATES PARK. EMPLOYMENT IS STABLE AND APPEAL TO MARKET IS FAVORABLE.

# SKETCH ADDENDUM

File No: RM020914

Borrower RUBEN & CONSUELO BURBUSCIO
Property Address 756 SW 99TH COURT CIR
City MIAMI County MIAMI DADE State FL Zip Code 33174
Lender/Client PRIVATE

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 1657.50 | 1657.50 |
| OTH | Storage | 250.00 | 250.00 |
| | TOTAL LIVABLE (rounded) | | 1658 |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| First Floor | |
| 28.0 x 40.0 | 1120.00 |
| 16.5 x 27.0 | 445.50 |
| 8.0 x 11.5 | 92.00 |
| 3 Calculations Total (rounded) | 1658 |

## SUBJECT PHOTOGRAPH ADDENDUM

RM020914

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | RUBEN & CONSUELO BURBUSCIO | | | | | | |
| Property Address | 756 SW 99TH COURT CIR | | | | | | |
| City | MIAMI | County | MIAMI DADE | State | FL | Zip Code | 33174 |
| Lender/Client | PRIVATE | | | | | | |

FRONT OF
SUBJECT PROPERTY

REAR OF
SUBJECT PROPERTY

STREET SCENE

## INTERIOR PHOTOGRAPH ADDENDUM

RM020914

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower / Client | RUBEN & CONSUELO BURBUSCIO | | | | | | |
| Property Address | 756 SW 99TH COURT CIR | | | | | | |
| City | MIAMI | County | MIAMI DADE | State | FL | Zip Code | 33174 |
| Lender/Client | PRIVATE | | | | | | |

LIVING ROOM

KITCHEN

BATHROOM

# COMPARABLES PHOTOGRAPH ADDENDUM

RM020914

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | RUBEN & CONSUELO BURBUSCIO | | | | | | |
| Property Address | 756 SW 99TH COURT CIR | | | | | | |
| City | MIAMI | County | MIAMI DADE | State | FL | Zip Code | 33174 |
| Lender/Client | PRIVATE | | | | | | |

**COMPARABLE SALE # 1**
759 SW 99TH COURT CIR

MIAMI, FL

Date of Sale : 01/31/14
Sale Price : 240,000
Sq. Ft. : 1,783
$ / Sq. Ft. : 134.60

**COMPARABLE SALE # 2**
9870 SW 7TH TERR

MIAMI, FL

Date of Sale : 11/20/13
Sale Price : 248,500
Sq. Ft. : 1,429
$ / Sq. Ft. : 173.90

**COMPARABLE SALE # 3**
752 SW 97TH PLACE CIR

MIAMI, FL

Date of Sale : 10/31/13
Sale Price : 222,000
Sq. Ft. : 1,783
$ / Sq. Ft. : 124.51

# LOCATION MAP ADDENDUM

RM020914

Borrower: RUBEN & CONSUELO BURBUSCIO
Property Address: 756 SW 99TH COURT CIR
City: MIAMI County: MIAMI DADE State: FL Zip Code: 33174
Lender/Client: PRIVATE

## COMPARABLE SALES INFORMATION

| COMPARABLE SALE #1 | | | |
|---|---|---|---|
| Address: 759 SW 99TH COURT CIR | | | |
| Date of Sale: 01/31/14 | Sale Price: 240,000 | | |
| Room Count - Total: 7 | Bedrooms: 6 | Baths: 2 | |
| Gross Living Area: 1,783 | | | |
| Proximity to Subject: 0.10 MILES | | | |

| COMPARABLE SALE #2 | | |
|---|---|---|
| Address: 9870 SW 7TH TERR | | |
| Date of Sale: 11/20/13 | Sale Price: 248,500 | |
| Room Count - Total: 6 | Bedrooms: 3 | Baths: 2 |
| Gross Living Area: 1,429 | | |
| Proximity to Subject: 0.09 MILES | | |

| COMPARABLE SALE #3 | | |
|---|---|---|
| Address: 752 SW 97TH PLACE CIR | | |
| Date of Sale: 10/31/13 | Sale Price: 222,000 | |
| Room Count - Total: 6 | Bedrooms: 3 | Baths: 2 |
| Gross Living Area: 1,783 | | |
| Proximity to Subject: 0.10 MILES | | |

| COMPARABLE SALE #4 | | |
|---|---|---|
| Address: | | |
| Date of Sale: | Sale Price: | |
| Room Count - Total: | Bedrooms: | Baths: |
| Gross Living Area: | | |
| Proximity to Subject: | | |

| COMPARABLE SALE #5 | | |
|---|---|---|
| Address: | | |
| Date of Sale: | Sales Price: | |
| Room Count - Total: | Bedrooms: | Baths: |
| Gross Living Area: | | |
| Proximity to Subject: | | |

| COMPARABLE SALE #6 | | |
|---|---|---|
| Address: | | |
| Date of Sale: | Sale Price: | |
| Room Count - Total: | Bedrooms: | Baths: |
| Gross Living Area: | | |
| Proximity to Subject: | | |

| COMPARABLE SALE #7 | | |
|---|---|---|
| Address: | | |
| Date of Sale: | Sale Price: | |
| Room Count - Total: | Bedrooms: | Baths: |
| Gross Living Area: | | |
| Proximity to Subject: | | |

| COMPARABLE SALE #8 | | |
|---|---|---|
| Address: | | |
| Date of Sale: | Sale Price: | |
| Room Count - Total: | Bedrooms: | Baths: |
| Gross Living Area: | | |
| Proximity to Subject: | | |

| COMPARABLE SALE #9 | | |
|---|---|---|
| Address: | | |
| Date of Sale: | Sale Price: | |
| Room Count - Total: | Bedrooms: | Baths: |
| Gross Living Area: | | |
| Proximity to Subject: | | |

# FLOOD MAP

RM020914

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | RUBEN & CONSUELO BURBUSCIO | | | | | | |
| Property Address | 756 SW 99TH COURT CIR | | | | | | |
| City | MIAMI | County | MIAMI DADE | State | FL | Zip Code | 33174 |
| Lender/Client | PRIVATE | | | | | | |

**SFHA (Flood Zone)**
In

**Is the property within 250 feet of multiple Flood Zones? ****
No

| Community | Community Name | Zone | Panel | Panel Date |
|---|---|---|---|---|
| 120635 | UNINCORPORATED AREA | AH | 0289L | 09/11/2009 |

**FIPS Code**
12086

**Census Tract**
90.19

**FloodMap Legend**

Flood Zones

- Areas inundated by 500-year flooding
- Areas outside of the 100- and 500-year floodplains
- Areas inundated by 100-year flooding
- Areas inundated by 100-year flooding with velocity hazard
- Floodway areas
- Floodway areas with velocity hazard
- Areas of undetermined but possible flood hazards
- Areas not mapped on any published FIRM

** Determinations for properties within 250 feet of a flood zone may require additional research.

## AERIAL MAP ADDENDUM

RM020914

Borrower RUBEN & CONSUELO BURBUSCIO
Property Address 756 SW 99TH COURT CIR
City MIAMI County MIAMI DADE State FL Zip Code 33174
Lender/Client PRIVATE



## ADDITIONAL ATTACHMENT

RM020914

| | |
|---|---|
| Borrower | RUBEN & CONSUELO BURBUSCIO |
| Property Address | 756 SW 99TH COURT CIR |
| City | MIAMI |
| County | MIAMI DADE |
| State | FL |
| Zip Code | 33174 |
| Lender/Client | PRIVATE |

General Star National Insurance Company
P O Box 10360 (Attn: GSN)
Stamford, Connecticut 06904

### REAL ESTATE APPRAISERS ERRORS & OMISSIONS INSURANCE POLICY

### DECLARATIONS PAGE

This is a claims made and reported policy. Please read this policy and all endorsements and attachments carefully.

Policy Number: NJA859305A　　Renewal of Number: NJA859305

1. NAMED INSURED: Ruben Martinez
   STREET ADDRESS:
   2901 South West 187 Terrace
   Miramar, FL 33029

2. POLICY PERIOD: Inception Date: 07/15/2013　　Expiration Date: 07/15/2014
   Effective 12:01 a.m. Standard Time at the address of the Named Insured.

3. LIMITS OF LIABILITY:
   Each Claim: $1,000,000
   Aggregate: $1,000,000
   Claim Expenses have a separate Limit of Liability.
   Each Claim: $1,000,000
   Aggregate: $1,000,000

4. DEDUCTIBLE: Each Claim: $0　　Aggregate: $0

5. RETROACTIVE DATE: 07/15/2010
   If a date is indicated, this policy will not provide coverage for any Claim arising out of any act, error, omission or personal injury which occurred before such date.

6. ANNUAL PREMIUM: $707.00
   STATE SURCHARGE/TAX: $5.03
   TOTAL Premium and Taxes/Surcharge: $712.00

7. ENDORSEMENTS:
   This policy is made and accepted subject to the printed policy form together with the following form(s) or endorsement(s).
   AP 00 0001FL (06/11), AP 04 0001 (06/11),
   AP 99 0008FL (06/11), AP 20 0003 (06/11), AP 08 0010FL (06/11)

THIS DOCUMENT HAS A COLORED BACKGROUND • MICROPRINTING • LINEMARK™ PATENTED PAPER

AC# 6330391

**STATE OF FLORIDA**

DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
FLORIDA REAL ESTATE APPRAISAL BD

SEQ# L12083105881

| DATE | BATCH NUMBER | LICENSE NBR |
|---|---|---|
| 08/31/2012 | 120101925 | RD7194 |

The CERTIFIED RESIDENTIAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration date: NOV 30, 2014

MARTINEZ, RUBEN DAVID
2901 SW 187TH TERACE
MIRAMAR　　FL 33029

| Auction Status | | |
|---|---|---|
| Canceled per Order | Auction Type: | FORECLOSURE |
| | Case #: | 13014574CC05 |
| | Final Judgment Amount: | $10,268.00 |
| | Parcel ID: | 30-5922-035-0390 |
| | Property Address: | 13729 SW 149 CIR LN 3-50<br>MIAMI, 33186 |
| | Assessed Value: | $76,190.00 |
| | Plaintiff Max Bid: | $10,268.00 |

| Auction Status | | |
|---|---|---|
| Canceled per Order | Auction Type: | FORECLOSURE |
| | Case #: | 13019220CA01 |
| | Final Judgment Amount: | $289,896.84 |
| | Parcel ID: | 30-2220-002-4110 |
| | Property Address: | 14500 NE 18 AVE<br>NORTH MIAMI, 33181 |
| | Assessed Value: | $83,908.00 |
| | Plaintiff Max Bid: | $289,896.84 |

| Auction Status | | |
|---|---|---|
| Other | Auction Type: | FORECLOSURE |
| | Case #: | 13020334CA01 |
| | Final Judgment Amount: | $287,546.04 |
| | Parcel ID: | Property Appraiser |
| | Plaintiff Max Bid: | $0.00 |

| Auction Status | | |
|---|---|---|
| Canceled per Bankruptcy | Auction Type: | FORECLOSURE |
| | Case #: | 13026558CA01 |
| | Final Judgment Amount: | $41,630.78 |
| | Parcel ID: | 30-4005-036-2630 |
| | Property Address: | 756 SW 99 CTCIR<br>MIAMI , 33174 |
| | Assessed Value: | $152,771.00 |
| | Plaintiff Max Bid: | Hidden |