## CHAPTER 13 PLAN (Individual Adjustment of Debts)

X ___Second_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ruben Oscar Barbuscio _____ JOINT DEBTOR: Consuelo Victoria Barbuscio CASE NO.: 14-17284-AJC
Last Four Digits of SS# __3957___ Last Four Digits of SS# __6006___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $__200.00__ for months __1__ to __5__;
      B.    $__450.00__ for months __6__ to __12__;
      C.    $ 5,000.00 for months __13__ to __13__;
      D.    $__450.00__ for months __14__ to __60__;

Administrative: Attorney's Fee - $ 8,470.00 _____ TOTAL PAID $ 1,500.00 _____
                  Balance Due   $ 6,970.00 _____ payable $ 116.17 /month (Months __1__ to _60_ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $ _____
Address: _____         Arrears Payment    $_____/month (Months _____ to _____ )
                                Regular Payment    $_____/month (Months _____ to _____ )
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Marinsa International Inc. c/o Mathew E. Ladd, P.A. 4649 Ponce de Leon Blvd, # 301 Coral Gables, FL 33146<br><br>Case No.: 13-26558-CA01 | Property Address: 756 SW 99th Court Circle Miami, FL 33174<br><br>Value: $ 230,000.00 | 0% | $58.83 $283.83 $4,378.83 $283.83 | 1 to 5<br>6 to 12<br>13 to 13<br>14 to 60 | $20,000.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
                       Payable    $_____/month (Months____ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 5.00 /month (Months __1__ to __60__ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Ocwen Loan Servicing L, Acct No. 7110373755, shall be paid directly for the property located at: 756 SW 99th Court Circle, Miami, FL 33174. At the request of the Chapter 13 trustee, on or before May 15 of each year during the pendency of the plan, the Debtors will file the documents listed in section 521 (f)(1)(2)(3)and(4).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____                     _____
Debtor                                         Joint Debtor
Date: 8/15/14                            Date: 8/15/14