**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Ruben Oscar Barbuscio                                 Case No.: 14-17284-AJC
      Consuelo Victoria Barbuscio                       Chapter 13

_____Debtor_____/

**AMENDED**
**APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES**
**OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR**
**CHAPTER 13 DEBTOR**

     Applicant, Edward Freire, Esq., was retained by the debtor to serve in this bankruptcy case as attorney for debtor. A copy of the retainer agreement is attached as Exhibit "A". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Total Fees Requested: | $ 15,707.50 |
| Total Expenses to be Reimbursed: | $ 243.76 |
| Amount Received To-Date: (exclusive of filing fees) | $ 1,500.00 |
| Amount to be Paid through Plan: | $ 6,970.00 |

1.    The amount requested, if allowed, will be paid in full after __60__ monthly payments under the plan.

2.    A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B".

3.    Applicant estimates that an additional __.3__ hours will be required to be expended in providing legal services on behalf of the debtor(s) described below:
Assisting client in obtaining release of Second Mortgage lien or recording order valuing collateral.

LF-69 (rev. 12/01/09)          Page 1 of 2

4. The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:

<u>This case was more complicated than the average case is because the Motion to Value Collateral was actively litigated including the exchange of memorandum orders.</u>

5. The source of compensation previously paid to applicant was <u>earnings and savings.</u>

6. Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm. (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

DATED: 8/21/14

_____
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
[ ] Gianny Blanco, Esq. FBN: 0078080
10647 N Kendall Dr
Miami, FL 33176
305-826-1774 - office
305-826-1794 - fax
Bankruptcy@fgbkc.com - email

c: Ruben Oscar Barbuscio and
   Consuelo Victoria Barbuscio, Debtors
   Nancy K. Neidich, Chapter 13 Trustee