

**ORDERED in the Southern District of Florida on September 25, 2014.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re: **Ruben O. Barbuscio**            Case No.: **14-17284-AJC**
      **Consuelo Victoria Barbuscio**       Chapter 13
          Debtor.
_____/

### ORDER GRANTING APPLICATION APPROVING DEBTORS' ATTORNEYS FEES

THIS CAUSE came on for hearing on the 23rd day of September, 2014 on Debtor's

Motion to Approve Application for Compensation, and  based on the record, it is;

    **ORDERED and ADJUDGED:**

1.    Debtor's counsel, Edward Freire of Freire & Gonzalez, P.A. is awarded

    $ 15,951.26 for representation of the Debtor. $ 6,970.00  is to be paid through

    the plan. Should the plan be amended or modified in the future Debtor's counsel

    shall be entitled to add an additional $7,481.26 to the plan to be paid to Edward

    Freire, Esquire of Freire & Gonzalez P.A.

# # #

Copies furnished to:
Freire & Gonzalez, Esq.
Ruben O. and Consuelo Barbuscio, Debtors
Nancy K. Neidich, Trustee

The movant, or movant's counsel, Freire & Gonzalez, P.A., shall serve a copy of this Order to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, local rules, or orders of the court, and shall file this original notice and completed certificate of service.